**United States Bankruptcy Court**
**Northern District of California, San Jose Division**

**IN RE:** Case No. _____

Live365, Inc. _____ Chapter **7** _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Christine Holdings Ltd.** <br> **P.O. Box 3620** <br> **Singapore 905629** | **6,000,000** | **Common Stockholder** |
| **Serenity International Lmtd.** <br> **P.O. Box 3620** <br> **Singapore 905629** | **4,000,000** | **Common Stockholder** |

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE:                                                          Case No. _____

Live365, Inc._____ Chapter **7**_____
                          Debtor(s)

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _____**6**_____ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 25, 2016**


*/s/ William J. Healy*_____
Signature of Debtor's Attorney or Pro Per Debtor

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Abraham & Kevork LLC
Newport Beach, CA  92660


ASCAP
1 Lincoln Plz Fl 6
New York, NY  10023-8105


Audible Magic
985 University Ave # 35
Los Gatos, CA  95032-7639


Audible Magic Corporation
Summit Financial Resources for Audible M
PO Box 844223
Los Angeles, CA  90084-4223


BMI Cable & New Media
PO Box 637500
Cincinnati, OH  45263-7500


Braemar Development, Ltd.
PO Box 271B
Singapore 900521,            -


CA Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA  94280-0001

```
CA Franchise Tax Board
Attn: Special Procedures
PO Box 2952
Sacramento, CA  95812-2952


CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
PO Box 942879
Sacramento, CA  94279-0001


Christine Holdings
PO Box 3620
Singapore 905629,              -


Digital Envoy
155 Technology Pkwy Ste 800
Norcross, GA  30092-2962


Digital Envoy/NetAcuity
155 Technology Pkwy Ste 800
Norcross, GA  30092-2962


emailDirect.com
3101 Zinfandel Dr Ste 300
Rancho Cordova, CA  95670-6398


Equinix
EQUINIX, INC,
4252 Solutions Ctr # 774252
Chicago, IL  60677-4002
```

Equinix
4252 Solutions Ctr
Chicago, IL  60677-4002


Finnegan Henderson Farabow Garrett & Dun
901 New York Ave NW
Washington, DC  20001-4432


Google (Ad Serving)
Dept 33654
PO Box 39000
San Francisco, CA  94139-0001


Google (Apps for Work)
Dept 33654
PO Box 39000
San Francisco, CA  94139-0001


Grand Eagle Enterprises Ltd
PO Box 3620
Singapore 900520,            -


Grand Eagle Enterprises Ltd (HSBC-USA)
PO Box 3620
Singapore 905620,            -


Hovanesian & Hovanesian
301 E Colorado Blvd Ste 514
Pasadena, CA  91101-1919

IRS
PO Box 7346
Philadelphia, PA  19101-7346


Ixora Investments
PO Box 271B
Singapore 900521,              -


Metro Center Tower (Hudson)
950 Tower Ln
Foster City, CA  94404-2121


NTT America, Inc
PO Box 660322
Dallas, TX  75266-0322


Pitney Bowes Global Financial Services
2225 American Dr
Neenah, WI  54956-1005


PPL
1 Upper James Street
London, W1F 9DE,              -


Public Storage Unite 1108
1121 Triton Dr
Foster City, CA  94404-1213

```
Quaystone Investments Limited
PO Box 3620
Singapore 905620,            -


RingCentral
20 Davis Dr
Belmont, CA  94002-3002


RingCentral, Inc.
Attention: Accounting DEPT.
DEPT CH 19585
PALATINE, IL  60055-9585


SAS Institute Inc.
100 Sas Campus Dr
Cary, NC  27513-2414


Serenity International
PO Box 3620
Singapore 905620,            -


SESAC
55 Music Sq E
Nashville, TN  37203-4324


Sheppard Mullin
333 S Hope St Fl 43
Los Angeles, CA  90071-1422
```

```
Sound Exchange
Attn: Colin Rushing
1121 14th St NW Ste 700
Washington, DC  20005-5619


Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA  94304-1001


XO Communications
818 W 7th St # 980
Los Angeles, CA  90017-3441
```

**Fill in this information to identify the case:**

Debtor name    **Live365, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☑ Operating a business<br>☐ Other   **10/1/15-5/15/16** | **$1,216,719.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☑ Other   **10/1/14-9/30/15** | **$4,964,166.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☑ Other   **10/1/13-9/30/14** | **$5,323,901.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **interest, dividends-2016**<br>**10/1/15-4/30/16** | **$177.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **interest, dividends-2015**<br>**10/1/14-9/30/15** | **$142.00** |
| **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | **interest, dividends-2014**<br>**10/1/13-9/30/14** | **$595.00** |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|
    | 3.1.    see attachment | see attachment | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|
    | 4.1.    **Hovanesian & Hovanesian<br>301 E Colorado Blvd Ste 514<br>Pasadena, CA 91101-1919<br>See Attachments** | **3/8/16** | **$37,500.00** | **Compensation** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■ None.

    | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 10 of 45

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campeau Goodsell Smith, L.C.**<br>**440 N 1st St # 100**<br>**San Jose, CA 95112-4024** | **12/27/15 & 1/6/16 payments for general legal advice & counsel and 4/28/16 payment retainer/payment for bankruptcy.** | **12/27/15 $20,000, 1/6/16 $10,000, and 4/28/16 $10,000** | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 11 of 45

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **950 Tower Ln # 1550 Foster City, CA 94404-2129** | **through 12/31/15** |

---

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**First/Last Name, Email, Telephone, Birth Year & Credit Card
(Creditor card collection but not stored)**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal Financial Contract 4-35911** | EIN:   **420127290** |

Has the plan been terminated?
■ No
☐ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage Unite 1108**<br>**1121 Triton Dr**<br>**Foster City, CA 94404-1213** | **Mark Lam** | **miscellaneous records, office equipment, etc** | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Live365 International, Inc.<br>301 E Colorado Blvd Ste 514<br>Pasadena, CA 91101-1919 | foreign division<br>no revenue/expense | EIN:    45-2790291<br><br>From-To   since approximately 2007 |
| 25.2.   365 Connects, Inc.<br>301 E Colorado Blvd Ste 514<br>Pasadena, CA 91101-1919 | brand radio projects<br>no revenue/expense | EIN:    45-2970494<br><br>From-To   approximately 2010 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Yiran (Elain) Liu<br>744 Edgewater Blvd<br>Foster City, CA 94404-2875 | 02/06/15-01/31/16 |
| 26a.2.   Xin Tian<br>2318 Grimsby Ct<br>San Jose, CA 95130-1926 | 01/23/14-01/31/16 |
| 26a.3.   Christine Chou<br>505 Walker Dr # 14<br>Mountain View, CA 94043-3634 | 11/2/11-1/31/16 |
| 26a.4.   Yuan (Tracy) Cui<br>25858 Bryn Mawr Ave<br>Hayward, CA 94542-1962 | 2/24/14-11/14/14 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 14 of 45

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Hovanesian & Hovanesian**<br>**301 E Colorado Blvd Ste 514**<br>**Pasadena, CA 91101-1919** | **to 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Mark Lam**<br>**PO Box 9037**<br>**Newport Beach, CA 92658-1037** | |
| 26c.2. | **Ara Hovanesian**<br>**301 E Colorado Blvd Ste 514**<br>**Pasadena, CA 91101-1919** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christine Holdings Ltd.** | **P.O. Box 3620**<br>**Singapore 905620** | **6,000,000**<br>**Common Stock shareholder** | |
| **Serenity International Ltd.** | **P.O. Box 3620**<br>**Singapore 905620** | **4,000,000**<br>**Common Stock shareholder** | |
| **Mark Lam** | **PO Box 9037**<br>**Newport Beach, CA 92658-1037** | **Interim CEO/Board of Directors** | **0** |
| **Swee Huat Ho** | **4 Robinson Rd # 6-01**<br>**Singapore  48543** | **Chairman Board of Directors** | **0** |
| **Ara Hovanesian** | **301 E Colorado Blvd Ste 514**<br>**Pasadena, CA 91101-1919** | **Board of Directors** | **0.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kevin Liao | 1025 Jamaica St Foster City, CA 94404-3526 | end Sept. 2015 | Chief Technical Officer/0% |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 . | Mark Lam PO Box 9037 Newport Beach, CA 92658-1037 | $319,624.29 | May 2015-May 2016 | Compensation/benefits |
| | Relationship to debtor Interim CEO/Board of Directors | | | |
| 30.2 . | Kevin Liao 1025 Jamaica St Foster City, CA 94404-3526 | $88,343.21 | May-Sept 2015 | compensation/benefits |
| | Relationship to debtor Chief Technical Officer | | | |
| 30.3 . | Ara Hovanesian 301 E Colorado Blvd Ste 514 Pasadena, CA 91101-1919 | $30,425.00 | | Compensation/benefits |
| | Relationship to debtor Board of Directors Financial/Legal Advisors | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 16 of 45

| Debtor | Live365, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2016**

**/s/ Mark Lam**                                             **Mark Lam**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **Interim CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Live365, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **94-3285166** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **PO Box 8029** <br> **Foster City, CA 94404-8029** <br> Number, Street, City, State & ZIP Code | **301 E Colorado Blvd** <br> **Ste 514** <br> **Pasadena, CA 91101-1919** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** |
| | **9 Great Oaks Blvd San Jose, CA 95119-1242** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.Live365.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in** *this district?*     *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

| Debtor | **Live365, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2016**
                MM / DD / YYYY

X **/s/ Mark Lam**                            **Mark Lam**
     Signature of authorized representative of debtor             Printed name

Title    **Interim CEO**

**18. Signature of attorney**

X **/s/ William J. Healy**                  Date   **May 25, 2016**
     Signature of attorney for debtor                        MM / DD / YYYY

**William J. Healy**
Printed name

**Campeau Goodsell Smith**
Firm name

**440 N 1st St Ste 100**
**San Jose, CA 95112-4024**
Number, Street, City, State & ZIP Code

Contact phone                Email address    **whealy@campeaulaw.com**

**146158**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 25, 2016**    X **/s/ Mark Lam**
                                                Signature of individual signing on behalf of debtor

                                             **Mark Lam**
                                             Printed name

                                             **Interim CEO**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Live365, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Serenity International PO Box 3620 Singapore 905620 - | | | Unliquidated | | | $42,734,063.00 |
| Christine Holdings PO Box 3620 Singapore 905629 - | | | Unliquidated | | | $32,682,566.00 |
| Braemar Development, Ltd. PO Box 271B Singapore 900521 - | | | Unliquidated | | | $22,932,611.00 |
| Grand Eagle Enterprises Ltd (HSBC-USA) PO Box 3620 Singapore 905620 - | | | Unliquidated | | | $16,463,997.00 |
| Ixora Investments PO Box 271B Singapore 900521 - | | | Unliquidated | | | $8,369,778.00 |
| Grand Eagle Enterprises Ltd PO Box 3620 Singapore 900520 - | | | Unliquidated | | | $284,236.00 |
| Quaystone Investments Limited PO Box 3620 Singapore 905620 - | | | Unliquidated | | | $279,583.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 23 of 45

| Debtor | Live365, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sound Exchange Attn: Colin Rushing 1121 14th St NW Ste 700 Washington, DC 20005-5619 | Mina Harris  mharris@soundexchange.com (202) 828-0132 | | Contingent Unliquidated Disputed | | | $204,771.00 |
| BMI Cable & New Media PO Box 637500 Cincinnati, OH 45263-7500 | (615) 401-2441 | | Contingent Unliquidated Disputed | | | $101,565.00 |
| Equinix EQUINIX, INC, 4252 Solutions Ctr # 774252 Chicago, IL 60677-4002 | | | Unliquidated | | | $78,506.00 |
| ASCAP 1 Lincoln Plz Fl 6 New York, NY 10023-8105 | C/O Kai-Yan Julie Peng | | Contingent Unliquidated Disputed | | | $37,256.00 |
| Hovanesian & Hovanesian 301 E Colorado Blvd Ste 514 Pasadena, CA 91101-1919 | | | Unliquidated | | | $22,070.00 |
| Sheppard Mullin 333 S Hope St Fl 43 Los Angeles, CA 90071-1422 | (213) 620-1780 | | Contingent Unliquidated Disputed | | | $21,061.00 |
| SESAC 55 Music Sq E Nashville, TN 37203-4324 | Vincent Peppe/Maxine Edwards  (615) 320-0055x3021 | | Contingent Unliquidated Disputed | | | $18,633.00 |
| Wilson Sonsini Goodrich & Rosati 650 Page Mill Rd Palo Alto, CA 94304-1001 | (650) 493-9300 | | Contingent Unliquidated Disputed | | | $15,903.00 |
| XO Communications 818 W 7th St # 980 Los Angeles, CA 90017-3441 | | | Contingent Unliquidated Disputed | | | $12,218.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Metro Center Tower (Hudson) 950 Tower Ln Foster City, CA 94404-2121** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$11,648.00** |
| **PPL 1 Upper James Street London, W1F 9DE -** | | | **Contingent Unliquidated Disputed** | | | **$11,317.00** |
| **SAS Institute Inc. 100 Sas Campus Dr Cary, NC 27513-2414** | | | **Contingent Unliquidated Disputed** | | | **$10,000.00** |
| **NTT America, Inc PO Box 660322 Dallas, TX 75266-0322** | | | **Contingent Unliquidated Disputed** | | | **$8,312.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank Acct 1, x3003** | **Checking** | 3003 | **$44,832.55** |
| 3.2. | **East West Bank Acct 2, x2228** | **Money Market Checking** | 2228 | **$10,194.83** |
| 3.3. | **East West Bank Acct 3, x1790** | **Checking** | 1790 | $0.00 |
| 3.4. | **East West Bank Acct 4, x1162** | **Checking** | 1162 | $0.00 |
| 3.5. | **East West Bank Acct 5, x1170** | **Bank** | 1170 | $0.00 |
| 3.6. | **Hua Nan Bank Taiwan, x0003** | **Checking** | 0003 | $306.00 |
| 3.7. | **Charles Schwab** | | 8321 | $30.72 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 26 of 45

| | | |
|---|---|---|
| 3.8. **Fidelity Investment** | **5482** | **$25.13** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | |
   |---|
   | **$55,389.23** |

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.\
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**\
   Description, including name of holder of deposit

   　　**Hudson Properties**\
   7.1. **Office Lease Deposit** ............................................ **$40,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**\
   Description, including name of holder of prepayment

   　　**Salesforce.com Inc. Software SubscriptionKnowledge1  6/26/15-6/25/16**\
   8.1. **$2,123/$12,739.47** ............................................ **$2,123.00**

   　　**Oracle America Inc. Maintenance & Support**\
   8.2. **5/25/15-5/24/16 1,281/$15,369.55** ............................ **$1,281.00**

   　　**Hartford General Liability Insurance**\
   8.3. **11/26/15-11/25/16 $1,830/$3,137** .............................. **$1,830.00**

   　　**CenturyLink Maintence & Support**\
   8.4. **11/15/13-11/14/16 $2,410/$14,460** ............................. **$2,410.00**

   　　**Salesforce.com Inc. Sales Cloud . . .Admin4 Software Subscription 6/25/15-6/25/16**\
   8.5. **$1,586/$9,516.75** ............................................ **$1,586.00**

   　　**Oracle Amercia, Inc. Oracle Database Maintenance & Support**\
   8.6. **11/26/15-11/25/16 $1,199/$2,055.72** ........................... **$1,199.00**

   　　**San Mateo County Property Tax Parcel#094-522-270**\
   8.7. **8/1/15-6/30/16 $887/$4,880.11** ................................ **$887.00**

   8.8. **Symantec Autenticode Maintance & Support 1/18/15-1/18/18 $728/$1,248** ........ **$728.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| | | |
|---|---|---|
| 8.9. | **Fog Creek Software Platinum Maintaqinance & Support**<br>1/18/15-11/5/16 $641/$1,281 | **$641.00** |
| 8.10. | **Salesforce.coom Inc. Sales Cloud .. Admin *(2) Software Subscription 6/26/15-6/25/16**<br>$624/$3,746.75 | **$624.00** |
| 8.11. | **NetVad Barracuda Maint & Support 11/24/15-11/23/16**<br>$553/$948 | **$553.00** |
| 8.12. | **Digital Media Association DiMA Membership fee**<br>8/1/15-6/30/16 $500/$2,750 | **$500.00** |
| 8.13. | **GoDaddy.com Multiple domain renewals/www.live365.com**<br>1/2015-12/2017 $275/$494.97 | **$275.00** |
| 8.14. | **TrustKeeper PCI Subscription**<br>7/11/15-7/10/16 $236/$1,415.92 | **$236.00** |
| 8.15. | **CSC Delaware Statutory Representation Annual Fee**<br>10/1/15-9/30/16 $173/$416 | **$173.00** |
| 8.16. | **GoDaddy.com SSL certificate 2 year/renewal**<br>12/1/14-11/1/16 $165/$632.46 | **$165.00** |
| 8.17. | **Cirrus Insights Integrated Gmail to Salesforce**<br>8/1/15-6/30/16 $152/$836 | **$152.00** |
| 8.18. | **GoDaddy.com Standard Wildcard 2 year renewal/.nanocosm**<br>1/2015-12/2016 $133/$399.98 | **$133.00** |
| 8.19. | **Safari Books Online Annual Subscription**<br>10/19/15-9/8/16 $133/$365.75 | **$133.00** |
| 8.20. | **Invision Visual designer tool**<br>12/9/15-11/8/16 $132/$242 | **$132.00** |
| 8.21. | **Red Hat Enterprise Linux**<br>10/1/15-8/31/16 $116/$319.92 | **$116.00** |
| 8.22. | **Salesforce.com Inc Force.com Admins (1) Software Subscription**<br>6/26/15-6/25/16 $62/$374.68 | **$62.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 28 of 45

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                          | $55,939.00 |

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 41,498.00 | - | 22,796.00 | =.... | $18,702.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 11,571.00 | - | 9,952.00 | =.... | $1,619.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       | $20,321.00 |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous**<br>**Net Book Value Unknown/Current Value**<br>**Unknown** | $0.00 | | unknown |
| 40. | **Office fixtures**<br>**Miscellaneous**<br>**Net Book Value Unknown/Current Value**<br>**Unknown** | $0.00 | | unknown |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Miscellaneous Computer**<br>**Equipment/Software/Foster City/San Jose**<br>**Net Book Value Unknown/Current Value**<br>**Unknown** | $0.00 | | unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                          | $0.00 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **patent applications 39BZ-196147, 30BZ-196148, 39BZ-196149, 39BZ-197414 trademarks LIVE365 in USA, China, & Japan and AVENUE LIVE in USA, Book Value Unknown** | **$0.00** | | **unknown** |
| 61. **Internet domain names and websites** **www.live365.com, www.live365.org, www.live365.net, www.live365status.com, www.365live.com, www.nanocosm.com, and many others-see Network Solutions Acct 20302397 and GoDaddy Acct 5352044** | **$0.00** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **customer list includes some personally identifiable information, Book Value Unknown** | **$0.00** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Book Value Unknown** | **$0.00** | | **unknown** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

71.      **Notes receivable**
       Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **approximate unused net operating losses for entire**
       **business length $135,000,000.00**_____          Tax year **many** _____          _____**unknown**

73.      **Interests in insurance policies or annuities**
       **Hartford Insurance General Liability**
       **$3,137 for period of 11/15-11/16**_____          _____**$3,137.00**

74.      **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.      **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.          |_____**$3,137.00**__|

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **Live365, Inc.**
_____    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$55,389.23** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$55,939.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$20,321.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$3,137.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$134,786.23** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$134,786.23** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Live365, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known)    _____

☐ Check if this is an
     amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name     **Live365, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Abraham & Kevork LLC**

Newport Beach, CA 92660

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **collection/unknown**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,256.00 |
|---|---|---|---|

**ASCAP**

1 Lincoln Plz Fl 6
New York, NY 10023-8105

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number __

Basis for the claim:  **royalty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Audible Magic Corporation**
**Summit Financial Resources for Audible M**
PO Box 844223
Los Angeles, CA 90084-4223

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number __

Basis for the claim:  **ad server**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,565.00 |
|---|---|---|---|

**BMI Cable & New Media**

PO Box 637500
Cincinnati, OH 45263-7500

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number __

Basis for the claim:  **royalty**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 35 of 45

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,932,611.00 |
|---|---|---|---|

**Braemar Development, Ltd.**

PO Box 271B
Singapore 900521   -

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__

**Basis for the claim:** __funding__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,682,566.00 |
|---|---|---|---|

**Christine Holdings**

PO Box 3620
Singapore 905629   -

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__

**Basis for the claim:** __funding__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Digital Envoy**

155 Technology Pkwy Ste 800
Norcross, GA 30092-2962

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**emailDirect.com**

3101 Zinfandel Dr Ste 300
Rancho Cordova, CA 95670-6398

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __marketing service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,506.00 |
|---|---|---|---|

**Equinix**
EQUINIX, INC,
4252 Solutions Ctr # 774252
Chicago, IL 60677-4002

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __colocation facility lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,131.00 |
|---|---|---|---|

**Finnegan Henderson Farabow Garrett & Dun**

901 New York Ave NW
Washington, DC 20001-4432

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,406.00 |
|---|---|---|---|

**Google (Ad Serving)**
Dept 33654
PO Box 39000
San Francisco, CA 94139-0001

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | **$471.00** |

**Google (Apps for Work)**
Dept 33654
PO Box 39000
San Francisco, CA 94139-0001

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | **$284,236.00** |

**Grand Eagle Enterprises Ltd**

PO Box 3620
Singapore 900520    -

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __funding__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | **$16,463,997.00** |

**Grand Eagle Enterprises Ltd (HSBC-USA)**

PO Box 3620
Singapore 905620    -

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __funding__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | **$22,070.00** |

**Hovanesian & Hovanesian**

301 E Colorado Blvd Ste 514
Pasadena, CA 91101-1919

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __legal/financial consulting__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | **$8,369,778.00** |

**Ixora Investments**

PO Box 271B
Singapore 900521    -

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __funding__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | **$11,648.00** |

**Metro Center Tower (Hudson)**

950 Tower Ln
Foster City, CA 94404-2121

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __lease maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☒ Yes

---

| | | |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | **$8,312.00** |

**NTT America, Inc**

PO Box 660322
Dallas, TX 75266-0322

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __various__

Basis for the claim: __bandwidth__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 37 of 45

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.00 |

**Pitney Bowes Global Financial Services**

2225 American Dr
Neenah, WI 54956-1005

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,317.00 |

**PPL**

1 Upper James Street
London, W1F 9DE    -

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **royalty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279,583.00 |

**Quaystone Investments Limited**

PO Box 3620
Singapore 905620    -

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **funding**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,626.00 |

**RingCentral, Inc.**
**Attention: Accounting DEPT.**
**DEPT CH 19585**
**PALATINE, IL 60055-9585**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**SAS Institute Inc.**

100 Sas Campus Dr
Cary, NC 27513-2414

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **ad server**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,734,063.00 |

**Serenity International**

PO Box 3620
Singapore 905620    -

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **funding**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,633.00 |

**SESAC**

55 Music Sq E
Nashville, TN 37203-4324

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **royalty**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 38 of 45

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,061.00 |
|---|---|---|---|
| | **Sheppard Mullin** | ■ Contingent | |
| | **333 S Hope St Fl 43** | ■ Unliquidated | |
| | **Los Angeles, CA 90071-1422** | ■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **legal** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.00 |
|---|---|---|---|
| | **SOCAN** | ☐ Contingent | |
| | **41 Valleybrook Drive** | ■ Unliquidated | |
| | **Toronto, ON M3B 2S** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,771.00 |
|---|---|---|---|
| | **Sound Exchange** | ■ Contingent | |
| | **Attn: Colin Rushing** | ■ Unliquidated | |
| | **1121 14th St NW Ste 700** | ■ Disputed | |
| | **Washington, DC 20005-5619** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **royalty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,903.00 |
|---|---|---|---|
| | **Wilson Sonsini Goodrich & Rosati** | ■ Contingent | |
| | **650 Page Mill Rd** | ■ Unliquidated | |
| | **Palo Alto, CA 94304-1001** | ■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **legal** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,218.00 |
|---|---|---|---|
| | **XO Communications** | ■ Contingent | |
| | **818 W 7th St # 980** | ■ Unliquidated | |
| | **Los Angeles, CA 90017-3441** | ■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **bandwidth** | |
| | Last 4 digits of account number  **0550** | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 124,323,651.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 124,323,651.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 40 of 45

Debtor name      **Live365, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known)      _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Metadata Performance Matching $2,100/month Thru June 1, 2016** |
| | State the term remaining | **Thru June 1, 2016** |
| | List the contract number of any government contract | **Audible Magic 985 University Ave # 35 Los Gatos, CA 95032-7639** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Geo location for user data $1,400/month Thru May 14, 2016** |
| | State the term remaining | **Thru May 14, 2016** |
| | List the contract number of any government contract | **Digital Envoy/NetAcuity 155 Technology Pkwy Ste 800 Norcross, GA 30092-2962** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Colocation facility $19,626/month Thru Dec 31, 2016** |
| | State the term remaining | **Thru Dec 31, 2016** |
| | List the contract number of any government contract | **Equinix 4252 Solutions Ctr Chicago, IL 60677-4002** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **storage unit for miscellaneous records, office equipment, etc.** |
| | State the term remaining | **Thru 6/30/16** |
| | List the contract number of any government contract | **Public Storage Unite 1108 1121 Triton Dr Foster City, CA 94404-1213** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 41 of 45



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Service (VoIP)**<br>**$1,600/month**<br>**Thru Dec 4, 2016** | |
|---|---|---|---|
| | State the term remaining | **Thru Dec 4, 2016** | **RingCentral**<br>**20 Davis Dr**<br>**Belmont, CA 94002-3002** |
| | List the contract number of any government contract | | |

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 42 of 45

Debtor name **Live365, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 16-51574    Doc# 1    Filed: 05/26/16    Entered: 05/26/16 16:41:56    Page 43 of 45

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $    **134,786.23**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................    $    **134,786.23**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*......................    $    **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **124,323,651.00**

4. Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b    $    **124,323,651.00**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# United States Bankruptcy Court
## Northern District of California, San Jose Division

In re  **Live365, Inc.** _____
                                    Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................ $ _____**10,000.00**

Prior to the filing of this statement I have received ........................ $ _____**10,000.00**

Balance Due ........................................................................................ $ _____**0.00**

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Campeau Goodsell Smith, L.C. was previously paid for general legal advice and counsel $20,000 (12/27/15) and $10,000 (1/6/16) and 4/28/16 for Chapter 7.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 25, 2016** _____
*Date*

/s/ William J. Healy _____
**William J. Healy**
*Signature of Attorney*
**Campeau Goodsell Smith**

**440 N 1st St Ste 100**
**San Jose, CA 95112-4024**

**whealy@campeaulaw.com** _____
*Name of law firm*

---