## LIVE365 PAYMENTS to CREDITORS    90 Days Feb 16-May 16, 2016

| DATE | AMOUNT | DESCRIPTION |
|---|---:|---|
| 2/16/2016 | ($141.03) | PG&E;  7988903704-4; Check 23198 |
| 2/17/2016 | ($181.31) | ANALYSIS SERVICE FEE ANALYSIS ACTIVITY  FOR 01/16 |
| 2/17/2016 | ($2,200.00) | Monica Holly; Corp Apartment; Check 23200 |
| 2/17/2016 | ($487.50) | Mr. Tony Bailey;  Web Consulting; Check 23199 |
| 2/17/2016 | ($1,837.71) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160217 CC0002941125 |
| 2/22/2016 | ($3,000.00) | Jonghyun Kahng - Consultant;  ; Check 23201 |
| 2/26/2016 | ($18,500.00) | PREAUTH DEBIT TRINET STAFFING INVOICE 160226 95H500 |
| 2/26/2016 | ($58,730.21) | PREAUTH DEBIT TRINET STAFFING INVOICE 160226 95H500 |
| 2/29/2016 | ($6,101.65) | All City Moving; Executive relocation to SoCal; Check 23202 |
| 2/29/2016 | ($1,374.96) | PREAUTH DEBIT CARDMEMBER SERV WEB PYMT 160229 @@***********0975 |
| 3/4/2016 | ($875.49) | PREAUTH DEBIT MERCHE-SOLUTIONS BILLING 160304 000941000034776 |
| 3/9/2016 | ($4,405.87) | PREAUTH DEBIT AMEX EPayment ACH PMT 160309 @@W3964 |
| 3/10/2016 | ($1,211.75) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160310 CC0003020513 |
| 3/10/2016 | ($177.79) | PREAUTH DEBIT CHASE EPAY 160310 @@2551564953 |
| 3/14/2016 | ($148.16) | Nicolas Kamas; Broadcaster Rev Share  ; Check 23213 |
| 3/14/2016 | ($11,783.30) | Sheppard Mullin; IP & Trademark fees  ; Check 23216 |
| 3/15/2016 | ($286.88) | James M Luis;  Broadcaster Rev Share; Check 23210 |
| 3/15/2016 | ($300.00) | Kyle Knight; Broadcaster Rev Share ; Check 23211 |
| 3/16/2016 | ($422.50) | Holthouse Carlin & Van Trigt LLP; Legal Fees  ; Check 23207 |
| 3/17/2016 | ($265.45) | Scott Willis;  Broadcaster Rev Share; Check 23215 |
| 3/18/2016 | ($6,001.62) | Amos Pigg;  Broadcaster Rev Share; Check 23204 |
| 3/18/2016 | ($253.03) | ANALYSIS SERVICE FEE ANALYSIS ACTIVITY  FOR 02/16 |
| 3/21/2016 | ($1,502.80) | Craig S. Luecke;  Broadcaster Rev Share; Check 23206 |
| 3/28/2016 | ($75.90) | Mr. George Nguyen; Reimbursement; Check  23009 |
| 3/29/2016 | ($1,316.04) | PREAUTH DEBIT CARDMEMBER SERV WEB PYMT 160329 |
| 3/30/2016 | ($5,103.71) | Consulate General of Brazil; Prepay Reimbursement  ; Check 23205 |
| 4/6/2016 | ($574.89) | PREAUTH DEBIT MERCHE-SOLUTIONS BILLING 160406 000941000034776 |
| 4/7/2016 | ($232.18) | PREAUTH DEBIT CHASE EPAY 160407 @@2583552715 |
| 4/8/2016 | ($1,134.17) | PREAUTH DEBIT AMEX EPayment ACH PMT 160408 @@W5328 |
| 4/18/2016 | ($204.34) | ANALYSIS SERVICE FEE ANALYSIS ACTIVITY  FOR 03/16 |
| 4/29/2016 | ($1,150.57) | CARDMEMBER SERVICES / WEB PAYMENT 1150.57 |
| 5/4/2016 | ($175.00) | PREAUTH DEBIT MERCHE-SOLUTIONS BILLING 160504 000941000034776 |
| 5/5/2016 | ($1,442.64) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160505 CC0003114021 |
| 5/5/2016 | ($1,971.78) | PREAUTH DEBIT AMEX EPayment ACH PMT 160505 @@W1478 |
| 5/9/2016 | ($10,000.00) | CAMPEAU GOODSELL; LEGAL FEES; CHECK # 23222 |
| 5/9/2016 | ($68.89) | PGE (Utilities Corp Apt) Check# 23220 |
| 5/10/2016 | ($3,000.00) | JONG KAHNG APR CONSULTING; CHECK #23225 |
| 5/13/2016 | ($236.46) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160513 CC0003128151 |
| 5/13/2016 | ($18.79) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160513 CC0003128155 |
| 5/13/2016 | ($2,151.02) | PREAUTH DEBIT AMEX EPayment ACH PMT 160513 @@W7304 |
| 5/14/2016 | ($277.30) | RANDOLPH MASON COLLEGE; CHECK #23227 |
| 5/16/2016 | ($2,228.93) | CARDMEMBER SERVICES / WEB PAYMENT 2228.93 @@***********0975 |
| 5/19/2016 | ($153.58) | PREAUTH DEBIT 1ST NATL BK OMAH ONLINE PMT 160513 |