UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LIVE365, INC.,<br><br>        Debtor. | Case No. 16-51574 SLJ<br>Chapter 7<br><br>Honorable Stephen L. Johnson<br>Date:    August 10, 2016<br>Time:   2:00 p.m.<br>Place:   280 South First Street<br>Courtroom 3099, San Jose, CA 95113 |

### NOTICE OF MOTION FOR AMENDED ORDER FOR SALE OF PERSONAL PROPERTY ON SEVEN DAYS NOTICE PURSUANT TO B.L.R. 9014(d)(1)(a)

**TO DEBTOR, CREDITORS, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 10, 2016 at 2:00 p.m. before the Honorable Stephen L. Johnson, United States Bankruptcy Judge in Courtroom 3099, 280 South First Street, San Jose, California, 95113, a hearing will be conducted on the motion of Fred Hjelmeset, Chapter 7 Trustee ("Trustee") of the above named Debtor, for entry of an amended order to clarify that the sale of personal property to Colo IP Network, LLC, includes the Debtor's trademarks.

### Background.

Live365, Inc. ("Debtor") filed its voluntary petition under Chapter 7 of the Bankruptcy Code on May 26, 2016. Fred Hjelmeset was appointed as chapter 7 trustee of the Debtor's bankruptcy estate.

On July 18, 2016, the Trustee served a notice of motion to sell Debtor's personal property and a motion to sell debtor's personal property to Colo IP Networks, LLC, subject to overbid. An overbid auction was conducted on July 26, 2016 and Colo IP was the successful bidder at a total purchase price of $56,200. The Court entered an order approving the sale to Colo IP on July 29, 2016. Although the notice and motion referenced the Debtor's trademarks, the Exhibit attached to the notice and motion listing the assets being sold did not include the trademarks. The parties intended that the trademarks would be included in the sale along with the domain names and the equipment listed in the agreement, since the trademarks are necessary for the effective transfer and use of the domain names. The equipment is maintained at Equinix' co-location facility in San Jose, California ("Premises").

### Request for Amended Order.

The Trustee requests that the Court enter an amended order that includes the trademarks in the assets being sold to Colo IP. The trademarks were inadvertently omitted in the list of the assets being sold and should also be considered to be included in the sale since the trademarks are necessary for the effective transfer and use of the domain names.

Page 1

The motion is being made on seven days' notice pursuant to Bankruptcy Local Rule 9014-(d)(1)(a) because the equipment that is part of the sale to Colo IP is being stored on leased premises. The Trustee will request that the order approving the proposed sale state: "This Order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply." The Trustee also requests that this Court retain jurisdiction to resolve any controversy or claim arising out of the sale of the Assets.

**PLEASE TAKE NOTICE THAT** any party wishing to object to the proposed sale must do so in conformity with Bankruptcy Local Rule 9014-1(d) of the United States Bankruptcy Court for the Northern District of California. Bankruptcy Local Rule 9014-(d)(3) requires opposition to the proposed sale to be provided before or at the hearing on this matter.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California. Those persons who may wish to object but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website (www.canb.uscourts.gov) for guidance.

Dated: August 3, 2016                    GORDON & REES LLP

                                         By    /s/    Sandi M. Colabianchi
                                                Sandi M. Colabianchi
                                         Attorneys for Fred Hjelmeset, Chapter 7 Trustee

Sandi M. Colabianchi, State Bar No. 193872
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone No.: 415-986-5900
Email: scolabianchi@gordonrees.com