

1  SANDI M. COLABIANCHI (SBN: 193872)
   GORDON & REES, LLP
2  275 Battery Street, Suite 2000
   San Francisco, California 94111
3  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
4  scolabianchi@gordonrees.com

5  Counsel for
   FRED HJELMESET, Trustee in Bankruptcy
6

The following constitutes
the order of the court. Signed August 14, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re                                )   Case No.: 16-51574 SLJ
                                     )   Chapter 7
LIVE365, INC.,                       )
                                     )   **ORDER AUTHORIZING TRUSTEE TO
                    Debtor.          )   SELL TRADEMARKS**
                                     )
                                     )   Judge: Hon. Stephen L. Johnson
                                     )   Date: August 10, 2016
                                     )   Time: 2:00 p.m.
                                     )

On August 10, 2016, the Court conducted the hearing on the motion by Trustee Fred Hjelmeset seeking authorization to sell the Debtor's trademarks to Colo IP Networks, LLC ("Motion"). Sandi Colabianchi of Gordon & Rees, LLP appeared on behalf of the Trustee. Based on the pleadings in the file, arguments of counsel, notice being adequate and proper and good cause appearing,

IT IS ORDERED as follows:

1. The Motion is approved;

2. The Trustee is authorized to sell all of the estate's right, title and interest in and to the Debtor's trademarks to Colo IP Networks, LLC ("Buyer");

3. The sale of the trademarks to the Buyer is on an "as is, where is, with all faults" basis. The Trustee disclaims any and all representations and warranties, including warranty of merchantability for fitness for a particular purpose;

4. This order is effective upon entry, and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply; and

5. This Court retains jurisdiction to resolve any controversy or claim arising out of the sale of the Assets.

**END OF ORDER**

**\*\*COURT SERVICE LIST\*\***

No additional parties required to be served.