FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

LIVE365, INC.,

          Debtor.

Case No. 16-51574 SLJ7

Chapter 7

### TRUSTEE'S REPORT OF SALE

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc# 20 (and supplemented by Court Order, Doc# 24), authorizing the sale of the estate's interest in various personal property, a sale was completed on August 1, 2016, when final payment was made. The personal property included domain names, trademarks, and miscellaneous computer equipment, and was sold to Colo IP Networks, LLC after an overbid had been made and further bids were taken.

The amount received by the estate is **$56,200.00**.

DATED:	This 15st day of August, 2016.

                                                                                                   /s/ Fred Hjelmeset
                                                                                               Fred Hjelmeset, Chapter 7 Trustee