Entered on Docket
May 17, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



SANDI M. COLABIANCHI (SBN 193872)
scolabianchi@grsm.com
MIGUEL A. SALDAÑA (SBN 299960)
masaldana@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes
the order of the court. Signed May 17, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LIVE365, INC.,<br><br>                    Debtor, | Case No. 16-51574 SLJ<br>Chapter 7<br><br>**ORDER AUTHORIZING COMPROMISE WITH (1) SHEPPARD MULLIN RICHTER HAMPTON LLC AND (2) HOVANESIAN & HOVANESIAN**<br><br>Date: (No Hearing Required)<br>Judge: Stephen L. Johnson |

The Court, having reviewed the *Request for Entry of Order Authorizing Trustee to Compromise Controversy with (1) Sheppard Mullin Richter Hampton LLC and (2) Hovanesian & Hovanesian* filed by Fred Hjelmeset, Trustee in Bankruptcy, and the supporting declaration of counsel, and it appearing that notice of the motion is adequate, and that good cause exists, it is hereby,

ORDERED as follows:

1. The *Motion for Order Authorizing Trustee to Compromise Controversy with (1) Sheppard Mullin Richter Hampton LLC and (2) Hovanesian & Hovanesian* ("Motion") [Dkt. #93] filed on April 24, 2018 is granted;

2. The Trustee is authorized to compromise the SMRH Preference Claim[1] and release any interest of the Bankruptcy Estate in the SMRH Preference claim in exchange for

---
[1] Capitalized terms not defined in the Order have the meaning defined in the Motion.

Page 1

payment of $5,000;

    3.    The Trustee is authorized to compromise and release the Hovanesian Preference Claim; and

    4.    The Proof of Claim filed by Hovanesian & Hovanesian as Claim No. 7 on August 25, 2016 is hereby disallowed.

**END OF ORDER**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**\*\*COURT SERVICE LIST \*\***

No additional parties are required to be served.