

1    SANDI M. COLABIANCHI (CSB 193872)
scolabianchi@grsm.com
2    GORDON REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
3    San Francisco, CA 94111
Tel:    (415) 986-5900
4    Fax:    (415) 986-8054

5    Counsel for Fred Hjelmeset,
Chapter 7 Trustee

6

**The following constitutes
the order of the court. Signed September 27, 2018**

_Stephen Johnson_
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

7

8                    UNITED STATES BANKRUPTCY COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11   IN RE LIVE365, INC.,                    )    CASE NO. 16-51574 SLJ
                                             )    Chapter 7
12                          Debtor.          )
                                             )    **ORDER APPROVING FINAL FEE**
13                                           )    **APPLICATION OF GORDON REES**
                                             )    **SCULLY MANSUKHANI LLP**
14                                           )    **(COUNSEL TO TRUSTEE)**
                                             )
15                                           )    Date:   September 26, 2018
                                             )    Time:   1:30 p.m.
16                                           )    Judge:  Hon. Stephen L. Johnson
                                             )
17   _____)

18         The Final Fee Application of Gordon Rees Scully Mansukhani LLP (Counsel to Trustee)

19   ("Final Application"), came on for hearing on September 26, 2018, at 1:30 p.m., on notice to

20   creditors.  The Court, having considered the papers and pleadings, and good cause appearing, it

21   is, ORDERED as follows:

22         1.    Gordon Rees Scully Mansukhani, LLP, Counsel to Fred Hjelmeset, Chapter 7

23   Trustee, is awarded final compensation in the sum of $41,267.50 for services rendered to the

24   Trustee and $491.26 for expenses as an expense of administration under § 503(b) of the

25   Bankruptcy Code; and

26         2.    The Trustee is authorized to disburse the above sums.

27                              **END OF ORDER**

28

**Gordon Rees Scully Mansukhani, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1                          **COURT SERVICE LIST**

2   No additional parties are required to be served that are not served by ECF.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1121110/40494343v.1