

FRED HJELMESET  
P.O. Box 4188  
Mountain View, CA 94040  
(650) 386-5634  
fhtrustee@gmail.com  

Chapter 7 Trustee

The following constitutes
the order of the court. Signed September 27, 2018

_____  
Stephen L. Johnson  
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

LIVE365, INC.,

                Debtor.

Case No. 16-51574 SLJ7

Chapter 7

**ORDER APPROVING TRUSTEE'S FINAL FEE APPLICATION AND AWARDING FEES AND EXPENSES**

Date: 9/26/2018, Time: 1:30 pm, Room: 3099

    Fred Hjelmeset, Trustee of the above-referenced bankruptcy estate, having filed herein the Trustee's Final Report and Proposed Distribution which incorporated Trustee's request for compensation and reimbursement of expenses, and having given to all parties in interest due written notice of said report and request, no objection thereto having been raised, and for the reasons set forth on the record, and good cause appearing;

    IT IS HEREBY ORDERED that the Trustee's request for compensation and reimbursement of expenses is approved;

    / / /

IT IS FURTHER ORDERED that the Trustee is allowed an amount of $9,076.83 as reasonable compensation and $209.78 as reimbursement of expenses.

**END OF ORDER**

COURT SERVICE LIST

No Mail Service Required