

1 Bachecki, Crom & Co., LLP
2 Jay D. Crom, CPA
400 Oyster Point Boulevard, Suite 106
3 South San Francisco, CA 94080
Telephone: (415) 398-3534
4
Accountants for Trustee,
5 FRED HJELMESET,

The following constitutes
the order of the court. Signed September 27, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

LIVE365, INC.,

Debtor(s).

Case No. 16-51574
Chapter 7
Hearing: September 26, 2018

Time: 1:30 pm
280 S. 1st Street, 3rd Fl Courtroom#3099
San Jose, CA 95113

ORDER APPROVING AND AUTHORIZING COMPENSATION TO ACCOUNTANTS

Bachecki, Crom & Co., LLP's final application for compensation by accountants for Trustee; having come on for hearing before The Honorable STEPHEN L. JOHNSON, United States Bankruptcy Judge, the Court having reviewed the final application for compensation, due and proper notice having been given to the Debtor, creditors and other parties-in-interest, and no objections having been filed with the court, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

Bachecki, Crom & Co., LLP, accountants for Trustee, FRED HJELMESET, be allowed and authorized to be paid compensation for services rendered for the period stated on its application in the sum of $6,857.50, plus reimbursement of expenses in the amount of $66.57.

**END OF ORDER**