UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: LIVE365, INC. § Case No. 16-51574
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Fred Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $123,382.00 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $52,253.93 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $64,282.63 | | |

3) Total gross receipts of $116,536.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $116,536.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,648.00 | $40,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $65,081.91 | $64,282.63 | $64,282.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $957.31 | $957.31 | $957.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $124,312,003.00 | $125,809,661.59 | $1,885,928.21 | $51,296.62 |
| **TOTAL DISBURSEMENTS** | $124,323,651.00 | $125,915,700.81 | $1,951,168.15 | $116,536.56 |

4) This case was originally filed under chapter 7 on 05/26/2016. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2018        By: /s/ Fred Hjelmeset
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R Over 90 days old. | 1121-000 | $1,595.99 |
| Account at Fidelity Investment, xxxxxx5482 | 1129-000 | $26.13 |
| Checking Account at East West Bank Acct 1, x3003 | 1129-000 | $43,487.64 |
| Miscellaneous Computer Equipment/Software | 1129-000 | $56,200.00 |
| Possible avoidance claim vs. Sheppard Mullin | 1241-000 | $5,000.00 |
| Account at Charles Schwab, xxxxxx8321 | 1129-000 | $30.72 |
| Money Market Checking Account at East West Bank Acct 2, x2228 | 1129-000 | $10,196.08 |
| **TOTAL GROSS RECEIPTS** | | **$116,536.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Hudson Metro Center, LLC Hudson Pacific Properties, Inc. | 4210-000 | $11,648.00 | $40,000.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$11,648.00** | **$40,000.00** | **$0.00** | **$0.00** |

Case: 18-51974    Doc# 111    Filed: 12/14/18    Entered: 12/14/18 10:01:26    Page 3 of 16

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2100-000 | NA | $9,076.83 | $9,076.83 | $9,076.83 |
| Trustee, Expenses - Fred Hjelmeset | 2200-000 | NA | $209.78 | $209.78 | $209.78 |
| Bond Payments - BOND | 2300-000 | NA | $35.96 | $35.96 | $35.96 |
| Bond Payments - International Sureties | 2300-000 | NA | $48.89 | $48.89 | $48.89 |
| Administrative Rent - Public Storage | 2410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,598.34 | $3,598.34 | $3,598.34 |
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 2990-000 | NA | $2,429.28 | $1,630.00 | $1,630.00 |
| Attorney for Trustee Fees (Other Firm) - GORDON & REES, LLP | 3210-000 | NA | $41,267.50 | $41,267.50 | $41,267.50 |
| Attorney for Trustee Expenses (Other Firm) - GORDON & REES, LLP | 3220-000 | NA | $491.26 | $491.26 | $491.26 |
| Accountant for Trustee Fees (Other Firm) - BACHECKI, CROM & CO., LLP | 3410-000 | NA | $6,857.50 | $6,857.50 | $6,857.50 |
| Accountant for Trustee Expenses (Other Firm) - BACHECKI, CROM & CO., LLP | 3420-000 | NA | $66.57 | $66.57 | $66.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$65,081.91** | **$64,282.63** | **$64,282.63** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | IRS | 5800-000 | NA | $110.00 | $110.00 | $110.00 |
| 16 | Employment Development Department | 5800-000 | NA | $847.31 | $847.31 | $847.31 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $957.31 | $957.31 | $957.31 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Equinix Inc | 7100-000 | $78,506.00 | $197,830.94 | $197,830.94 | $5,380.94 |
| 2U | Hudson Metro Center, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | Digital Envoy, Inc. Kimberly Sweat | 7100-000 | $2,800.00 | $7,000.00 | $7,000.00 | $190.40 |
| 4U | Office of the Clerk - IRS | 7100-001 | NA | $10.00 | $10.00 | $0.27 |
| 5 | Equinix Inc | 7100-000 | NA | $78,729.68 | $0.00 | $0.00 |
| 6 | Pitney Bowes Inc | 7100-000 | $445.00 | $1,638.09 | $1,638.09 | $44.56 |
| 7 | Hovanesian & Hovanesian,A Professional CorporationHovanesian & Hovanesian,APC | 7100-000 | $22,070.00 | $98,169.70 | $0.00 | $0.00 |
| 8 | SoundExchange, Inc.c/o Evelyn J. Meltzer, Esquire Pepper Hamilton LLP | 7100-000 | $204,771.00 | $1,679,449.18 | $1,679,449.18 | $45,680.45 |
| 9 | Serenity International | 7100-000 | $42,734,063.00 | $42,734,063.00 | $0.00 | $0.00 |
| 10 | Christine Holdings | 7100-000 | $32,682,566.00 | $32,682,566.00 | $0.00 | $0.00 |
| 11 | Braemar Development, Ltd. | 7100-000 | $22,932,611.00 | $22,932,611.00 | $0.00 | $0.00 |
| 12 | Grand Eagle Enterprises Ltd. (HSBC-USA) | 7100-000 | $279,583.00 | $16,463,997.00 | $0.00 | $0.00 |
| 13 | Ixora Investments | 7100-000 | $8,369,778.00 | $8,369,778.00 | $0.00 | $0.00 |
| 14 | Grand Eagle Enterprises, Ltd. | 7100-000 | $284,236.00 | $284,236.00 | $0.00 | $0.00 |
| 15 | Quaystone Investments Limited | 7100-000 | NA | $279,583.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Franchise Tax Board | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | ASCAP | 7100-000 | $37,256.00 | NA | NA | NA |
| N/F | Abraham & Kevork LLC | 7100-000 | $288.00 | NA | NA | NA |
| N/F | Audible Magic Corporation Summit Financial Resources for Aud | 7100-000 | $4,200.00 | NA | NA | NA |
| N/F | BMI Cable & New Media | 7100-000 | $101,565.00 | NA | NA | NA |
| N/F | Finnegan Henderson Farabow Garrett & Dun | 7100-000 | $1,131.00 | NA | NA | NA |
| N/F | Google (Ad Serving) | 7100-000 | $6,406.00 | NA | NA | NA |
| N/F | Google (Apps for Work) | 7100-000 | $471.00 | NA | NA | NA |
| N/F | Grand Eagle Enterprises Ltd (HSBC-USA) | 7100-000 | $16,463,997.00 | NA | NA | NA |
| N/F | NTT America, Inc | 7100-000 | $8,312.00 | NA | NA | NA |
| N/F | PPL | 7100-000 | $11,317.00 | NA | NA | NA |
| N/F | RingCentral, Inc. | 7100-000 | $1,626.00 | NA | NA | NA |
| N/F | SAS Institute Inc. | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | SESAC | 7100-000 | $18,633.00 | NA | NA | NA |
| N/F | SOCAN | 7100-000 | $1,990.00 | NA | NA | NA |
| N/F | Sheppard Mullin | 7100-000 | $21,061.00 | NA | NA | NA |
| N/F | Wilson Sonsini Goodrich & Rosati | 7100-000 | $15,903.00 | NA | NA | NA |
| N/F | XO Communications | 7100-000 | $12,218.00 | NA | NA | NA |
| N/F | emailDirect.com | 7100-000 | $4,200.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$124,312,003.00** | **$125,809,661.59** | **$1,885,928.21** | **$51,296.62** |

Case: 16-51574    Doc# 111    Filed: 12/14/18    Entered: 12/14/18 10:01:26    Page 8 of 16

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-51574
Case Name: LIVE365, INC.
For Period Ending: 11/06/2018

Trustee Name: (001090) Fred Hjelmeset
Date Filed (f) or Converted (c): 05/26/2016 (f)
§ 341(a) Meeting Date: 07/05/2016
Claims Bar Date: 08/31/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at East West Bank Acct 1, x3003 | 44,832.55 | 44,832.55 | | 43,487.64 | FA |
| 2 | Money Market Checking Account at East West Bank Acct 2, x2228 | 10,194.83 | 10,194.83 | | 10,196.08 | FA |
| 3 | Checking Account at East West Bank Acct 3, x1790 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at East West Bank Acct 4, x1162 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Account at East West Bank Acct 5, x1170 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account at Hua Nan Bank Taiwan, x0003 | 306.00 | 306.00 | | 0.00 | FA |
| 7 | Account at Charles Schwab, xxxxxx8321 | 30.72 | 30.72 | | 30.72 | FA |
| 8 | Account at Fidelity Investment, xxxxxx5482 | 25.13 | 25.13 | | 26.13 | FA |
| 9 | Hudson Properties Office Lease Deposit<br>Investigated; Landlord claimed deposit applied to unpaid rent; facts confirmed | 40,000.00 | 0.00 | | 0.00 | FA |
| 10 | Salesforce.com Inc. Software Subscription<br>Investigated; found no value | 2,123.00 | 2,123.00 | | 0.00 | FA |
| 11 | Oracle America Inc. Maintenance & Support<br>Investigated; found no value | 1,281.00 | 1,281.00 | | 0.00 | FA |
| 12 | Hartford General Liability Insurance<br>Investigated; found no value | 1,830.00 | 1,830.00 | | 0.00 | FA |
| 13 | CenturyLink Maintence & Support<br>Investigated; found no value | 2,410.00 | 2,410.00 | | 0.00 | FA |
| 14 | Salesforce.com Inc. Sales Cloud . . .Admin4 Software Subscription<br>Investigated; found no value | 1,586.00 | 1,586.00 | | 0.00 | FA |
| 15 | Oracle Amercia, Inc. Oracle Database Maintenance & Support<br>No value | 1,199.00 | 1,199.00 | | 0.00 | FA |
| 16 | San Mateo County Property Tax Parcel#094-522-270<br>No value | 887.00 | 887.00 | | 0.00 | FA |
| 17 | Symantec Autenticode Maintance & Support<br>No marketable value | 728.00 | 728.00 | | 0.00 | FA |
| 18 | Fog Creek Software Platinum Maintaqinance & Support<br>Investigated; found no value | 641.00 | 641.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 16-51574 | Trustee Name: | (001090) Fred Hjelmeset |
| Case Name: | LIVE365, INC. | Date Filed (f) or Converted (c): | 05/26/2016 (f) |
| | | § 341(a) Meeting Date: | 07/05/2016 |
| For Period Ending: | 11/06/2018 | Claims Bar Date: | 08/31/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Salesforce.coom Inc. Sales Cloud .. Admin *(2) Software Subscription<br>No value | 624.00 | 624.00 | | 0.00 | FA |
| 20 | NetVad Barracuda Maint & Support<br>Investigated; no value | 553.00 | 553.00 | | 0.00 | FA |
| 21 | Digital Media Association DiMA Membership fee<br>No value | 500.00 | 500.00 | | 0.00 | FA |
| 22 | GoDaddy.com Multiple domain renewals/www.live365.com<br>Prepaid fee; no value | 275.00 | 275.00 | | 0.00 | FA |
| 23 | TrustKeeper PCI Subscription<br>No value | 236.00 | 236.00 | | 0.00 | FA |
| 24 | CSC Delaware Statutory Representation Annual Fee<br>Prepaid fee; no value | 173.00 | 173.00 | | 0.00 | FA |
| 25 | GoDaddy.com SSL certificate 2 year/renewal<br>No value | 165.00 | 165.00 | | 0.00 | FA |
| 26 | Cirrus Insights Integrated Gmail to Salesforce<br>No value | 152.00 | 152.00 | | 0.00 | FA |
| 27 | GoDaddy.com Standard Wildcard 2 year renewal<br>No value | 133.00 | 133.00 | | 0.00 | FA |
| 28 | Safari Books Online Annual Subscription<br>No value | 133.00 | 133.00 | | 0.00 | FA |
| 29 | Invision Visual designer tool<br>No value | 132.00 | 132.00 | | 0.00 | FA |
| 30 | Red Hat Enterprise Linux<br>No value | 116.00 | 116.00 | | 0.00 | FA |
| 31 | Salesforce.com Inc Force.com Admins (1) Software Subscription<br>Prepaid subscription - no value | 62.00 | 62.00 | | 0.00 | FA |
| 32 | A/R 90 days old or less. Face amount = $0. Doubtful/Uncollectible accounts | 0.00 | 0.00 | | 0.00 | FA |
| 33 | A/R Over 90 days old.<br>Receivables $18,702 + $1,619=$20,321, Doc#1, at 29 (11b); demands made, most found uncollectable | 20,321.00 | 20,321.00 | | 1,595.99 | FA |
| 34 | Miscellaneous Computer Equipment/Software<br>Sold together with other assets, including Asset#35 and Asset#37, recorded together under this asset; Orders authorizing Sale, Doc#20 and Doc#24; Report of Sale, Doc#25 | Unknown | 10,000.00 | | 56,200.00 | FA |

Case: 16-51574    Doc# 111    Filed: 12/14/18    Entered: 12/14/18 10:01:26    Page 9 of 16

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

Case No.: 16-51574  
Case Name: LIVE365, INC.  
For Period Ending: 11/06/2018

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 05/26/2016 (f)  
§ 341(a) Meeting Date: 07/05/2016  
Claims Bar Date: 08/31/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Trademarks<br>Trademarks sold together with other assets, recorded together under Asset#34; Orders authorizing Sale, Doc#20 and Doc#24; Report of Sale, Doc#25 | Unknown | 500.00 | | 0.00 | FA |
| 36 | customer list<br>No value | Unknown | 0.00 | | 0.00 | FA |
| 37 | Internet domain names and websites<br>Sold together with other assets, recorded together under Asset#34; Orders authorizing Sale, Doc#20 and Doc#24; Report of Sale, Doc#25 | Unknown | 500.00 | | 0.00 | FA |
| 38 | Goodwill<br>No marketable value | Unknown | 0.00 | | 0.00 | FA |
| 39 | Misc office furniture<br>No value | Unknown | 0.00 | | 0.00 | FA |
| 40 | Misc office fixtures<br>No value | Unknown | 0.00 | | 0.00 | FA |
| 41 | Net operating losses<br>No value | Unknown | 0.00 | | 0.00 | FA |
| 42 | Hartford Insurance General Liability<br>No value | 3,137.00 | 3,137.00 | | 0.00 | FA |
| 43 | Patent applications<br>Investigated, found no marketable value | Unknown | 500.00 | | 0.00 | FA |
| 44 | Possible avoidance claim vs. Hovanesian (u)<br>Investigated; request for return made; defenses raised; not cost/beneficial to pursue litigation; settlement negotiated, Order Approving Compromise, Doc#96; estate waives claim in exchange for Hovanesian's claim No. 7 being disallowed | 64,000.00 | 64,000.00 | | 0.00 | FA |
| 45 | Possible avoidance claim vs. Sheppard Mullin (u)<br>Demand mailed 9/14/16; Order Approving Compromise, Doc#96; Report of Transaction, Doc#98 | 11,783.30 | 11,783.30 | | 5,000.00 | FA |
| 46 | Boxes of documents, 2 copiers, ink, 2 posters, in Foster City storage unit (u)<br>Order authorizing abandonment, Doc#30 | 0.00 | 0.00 | OA | 0.00 | FA |
| 46 | **Assets Totals (Excluding unknown values)** | **$210,569.53** | **$182,069.53** | | **$116,536.56** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 16-51574
**Case Name:** LIVE365, INC.

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 05/26/2016 (f)
**§ 341(a) Meeting Date:** 07/05/2016

**For Period Ending:** 11/06/2018

**Claims Bar Date:** 08/31/2016

**Major Activities Affecting Case Closing:**

    02/28/18 Settle with Sheppard
    10/30/17 Pay taxes to FTB
    09/22/17 Objection to POC-5 pending
    09/19/17 Objections to POC-7 and POC-10 pending
    07/19/17 object to claims
    09/29/16 Investigate possible sale of patents and trademarks
    8/02/16 Investigate transfers
    07/05/16 Schwab check received at MOC
    06/22/16 Employ auctioneer
    06/14/16 Investigate assets

**Initial Projected Date Of Final Report (TFR):** 01/10/2018
**Current Projected Date Of Final Report (TFR):** 06/29/2018 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-51574 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LIVE365, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5166 | Account #: | ******3900 Checking |
| For Period Ending: | 11/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/08/16 | {33} | Marketing Architects, Inc | | 1121-000 | 516.09 | | 516.09 |
| 06/08/16 | {33} | Samuel R Rondberg | | 1121-000 | 9.88 | | 525.97 |
| 06/08/16 | {33} | Ando Media LLC | | 1121-000 | 719.43 | | 1,245.40 |
| 06/13/16 | {1} | Mark Lam Live365, Inc | | 1129-000 | 43,487.64 | | 44,733.04 |
| 06/13/16 | {1} | Mark Lam Live365, Inc | | 1129-000 | 43,487.64 | | 88,220.68 |
| 06/13/16 | {2} | Mark Lam Live365, Inc | | 1129-000 | 10,196.08 | | 98,416.76 |
| 06/13/16 | {1} | Mark Lam Live365, Inc | Deposit Reversal: | 1129-000 | -43,487.64 | | 54,929.12 |
| 06/29/16 | {8} | Hovanesian & Hovanesian | Fidelity funds from Hovanesian | 1129-000 | 26.13 | | 54,955.25 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.31 | 54,912.94 |
| 07/06/16 | {7} | Charles Schwab | | 1129-000 | 30.72 | | 54,943.66 |
| 07/11/16 | {34} | Colo IP Networks, LLC | Down payment from Colo IP Networks | 1129-000 | 5,000.00 | | 59,943.66 |
| 07/11/16 | {33} | Marketing Architects, Inc | Payment from Marketing Architects, Inc | 1121-000 | 36.24 | | 59,979.90 |
| 07/11/16 | {33} | Samuel R Rondberg | Payment from Samuel R Rondberg | 1121-000 | 9.88 | | 59,989.78 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.03 | 59,909.75 |
| 08/01/16 | {34} | Jon Stephenson | Payment of balance re purchase of assets | 1129-000 | 51,200.00 | | 111,109.75 |
| 08/08/16 | {33} | Marketing Architects, Inc | AR check Marketing Architects | 1121-000 | 10.00 | | 111,119.75 |
| 08/18/16 | {33} | Samuel R Rondberg | AR check Samuel R Rondberg | 1121-000 | 9.88 | | 111,129.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.53 | 110,964.10 |
| 09/15/16 | {33} | Samuel R Rondberg | AR check Samuel R Rondberg | 1121-000 | 9.88 | | 110,973.98 |
| 09/19/16 | {33} | PubMatic, Inc | Check from PubMatic | 1121-000 | 32.99 | | 111,006.97 |
| 09/26/16 | {33} | Marketing Architects | AR check Marketing Architects | 1121-000 | 25.30 | | 111,032.27 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 159.19 | 110,873.08 |
| 10/12/16 | {33} | Samuel R Rondberg | AR check Samuel R Rondberg | 1121-000 | 9.88 | | 110,882.96 |
| 10/13/16 | 101 | Public Storage | Payment in full of post-petition storage fees, pursuant to Order Authorizing Payment, Doc#28; PS Acct No. 21710568 | 2410-000 | | 1,000.00 | 109,882.96 |
| 10/27/16 | {33} | Marketing Architects | AR check Marketing Architects | 1121-000 | 13.60 | | 109,896.56 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 153.21 | 109,743.35 |
| 11/29/16 | {33} | Samuel R Rondberg | AR check Samuel R Rondberg | 1121-000 | 9.88 | | 109,753.23 |

Page Subtotals, $111,353.50, $1,600.27

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-51574 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LIVE365, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5166 | Account #: | ******3900 Checking |
| For Period Ending: | 11/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/16 | {33} | Marketing Architects | AR check Marketing Architects | 1121-000 | 173.18 | | 109,926.41 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 167.92 | 109,758.49 |
| 12/14/16 | {33} | Samuel R Rondberg | AR check Samuel R Rondberg | 1121-000 | 9.88 | | 109,768.37 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 157.44 | 109,610.93 |
| 01/05/17 | 102 | International Sureties | Trustee Bond # 016048574 | 2300-000 | | 35.96 | 109,574.97 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.10 | 109,406.87 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 146.87 | 109,260.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.39 | 109,097.61 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 146.45 | 108,951.16 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 172.37 | 108,778.79 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 156.46 | 108,622.33 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 151.02 | 108,471.31 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 171.63 | 108,299.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 150.57 | 108,149.11 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.92 | 107,983.19 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 155.31 | 107,827.88 |
| 12/13/17 | 103 | Franchise Tax Board | 2016 Form 100 - TIN 94-3285166 - Payment pursuant to Order Doc#92 | 2990-000 | | 830.00 | 106,997.88 |
| 12/13/17 | 104 | Franchise Tax Board | 2017 Form 100-ES - TIN 94-3285166 - Payment pursuant to Order Doc#92 | 2990-000 | | 800.00 | 106,197.88 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 149.61 | 106,048.27 |
| 01/17/18 | 105 | International Sureties | Bond #016048574 - 1/1/18 to 1/1/19 | 2300-000 | | 48.89 | 105,999.38 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.21 | 105,831.17 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.07 | 105,689.10 |

Page Subtotals: $183.06 $4,247.19

Case: 16-51574   Doc# 111   Filed: 12/14/18   Entered: 12/14/18 10:01:26   Page 13 of 16

Exhibit 9
Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 16-51574 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LIVE365, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5166 | Account #: | ******3900 Checking |
| For Period Ending: | 11/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 152.01 | 105,537.09 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 146.73 | 105,390.36 |
| 05/25/18 | {45} | Sheppard Mullin | Check from Sheppard Mullin | 1241-000 | 5,000.00 | | 110,390.36 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.99 | 110,223.37 |
| 09/28/18 | 106 | Fred Hjelmeset | Combined trustee compensation & expense dividend payments. | | | 9,286.61 | 100,936.76 |
| | | | Claims Distribution - Thu, 06-28-2018        $9,076.83 | 2100-000 | | | 100,936.76 |
| | | | Claims Distribution - Thu, 06-28-2018        $209.78 | 2200-000 | | | 100,936.76 |
| 09/28/18 | 107 | GORDON & REES, LLP | Claim No. ; Filed Amt. $41,267.50; Dividend 100.00%; Total Paid $41,267.50 | 3210-000 | | 41,267.50 | 59,669.26 |
| 09/28/18 | 108 | GORDON & REES, LLP | Claim No. ; Filed Amt. $491.26; Dividend 100.00%; Total Paid $491.26 | 3220-000 | | 491.26 | 59,178.00 |
| 09/28/18 | 109 | BACHECKI, CROM & CO., LLP | Claim No. ; Filed Amt. $6,857.50; Dividend 100.00%; Total Paid $6,857.50 | 3410-000 | | 6,857.50 | 52,320.50 |
| 09/28/18 | 110 | BACHECKI, CROM & CO., LLP | Claim No. ; Filed Amt. $66.57; Dividend 100.00%; Total Paid $66.57 | 3420-000 | | 66.57 | 52,253.93 |
| 09/28/18 | 111 | IRS | Claim No. 4P; Filed Amt. $110.00; Dividend 100.00%; Total Paid $110.00 | 5800-000 | | 110.00 | 52,143.93 |
| 09/28/18 | 112 | Employment Development Department | Claim No. 16; Filed Amt. $847.31; Dividend 100.00%; Total Paid $847.31 | 5800-000 | | 847.31 | 51,296.62 |
| 09/28/18 | 113 | Equinix Inc | Claim No. 1-2; Filed Amt. $197,830.94; Dividend 2.72%; Total Paid $5,380.94 | 7100-000 | | 5,380.94 | 45,915.68 |
| 09/28/18 | 114 | Digital Envoy, Inc. Kimberly Sweat | Claim No. 3; Filed Amt. $7,000.00; Dividend 2.72%; Total Paid $190.40 | 7100-000 | | 190.40 | 45,725.28 |
| 09/28/18 | 115 | Office of the Clerk | Combined small dividends. | 7100-001 | | 0.27 | 45,725.01 |
| 09/28/18 | 116 | Pitney Bowes Inc | Claim No. 6; Filed Amt. $1,638.09; Dividend 2.72%; Total Paid $44.56 Voided on 10/26/2018 | 7100-000 | | 44.56 | 45,680.45 |
| 09/28/18 | 117 | SoundExchange, Inc.c/o Evelyn J. Meltzer, Esquire Pepper Hamilton LLP | Claim No. 8; Filed Amt. $1,679,449.18; Dividend 2.72%; Total Paid $45,680.45 | 7100-000 | | 45,680.45 | 0.00 |

Page Subtotals: $5,000.00  $110,689.10

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-51574 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LIVE365, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5166 | Account #: | ******3900 Checking |
| For Period Ending: | 11/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/18 | 116 | Pitney Bowes Inc | Claim No. 6; Filed Amt. $1,638.09; Dividend 2.72%; Total Paid $44.56<br>Voided: check issued on 09/28/2018 | 7100-000 | | -44.56 | 44.56 |
| 10/26/18 | 118 | Pitney Bowes Inc | Replacing check 116 - Claim No. 6; Filed Amt. $1,638.09; Dividend 2.72%; Total Paid $44.56 | 7100-000 | | 44.56 | 0.00 |
| | | **COLUMN TOTALS** | | | 116,536.56 | 116,536.56 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 116,536.56 | 116,536.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $116,536.56 | $116,536.56 | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 16-51574 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | LIVE365, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5166 | **Account #:** | ******3900 Checking |
| **For Period Ending:** | 11/06/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---|---|
| Net Receipts: | $116,536.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $116,536.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3900 Checking | $116,536.56 | $116,536.56 | $0.00 |
| | $116,536.56 | $116,536.56 | $0.00 |